No. 84–5480. SHABAZZ v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 84–5487. GRAVES v. TINNEY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 84–5488. GOMEZ v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–5489. CLEVELAND v. DUGGER, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–5490. EL-TAYEB v. UNITED PROGRESS, INC. C. A. 3d Cir. Certiorari denied.

No. 84–5496. KENNEDY v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–5499. LARSEN v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 84–5501. JOHNSON v. YELLOW FREIGHT SYSTEM, INC. C. A. 8th Cir. Certiorari denied.

No. 84–5503. WORTHY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 84–5517. DACE v. SOLEM, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–5519. FOWLER v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 84–5528. PIATKOWSKA v. INDUSTRIAL INDEMNITY CO. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–5532. PHILLIPS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 84–5533. STEPHENS v. SNEATH ET AL. C. A. 6th Cir. Certiorari denied.